550

582 A.2d 1311

Robert F. CROWELL, Administrator of the Estate of Marc Ethan Crowell, Deceased and Robert F. Crowell and Linda Crowell, as Plaintiffs in their own right, Petitioners,

v.

CITY OF PHILADELPHIA and Henry B. Lewis and Robert F. Crowell.

Robert F. CROWELL, Administrator of the Estate of Marc Ethan Crowell, Deceased and Robert F. Crowell and Linda Crowell, in their own right, Petitioners,

v.

COMMONWEALTH of Pennsylvania and City of Philadelphia and Henry B. Lewis and The Children's Hospital of Philadelphia.

Supreme Court of Pennsylvania.

Nov. 7, 1990.

ORDER

PER CURIAM.

And Now, this 7th day of November, 1990, this Petition is granted, No. 185 E.D. Appeal Docket 1990, limited to the issue of the interpretation of 42 Pa.C.S. § 8542(b) in light of our decision in *Mascaro v. Youth Study Center*, 514 Pa. 351, 523 A.2d 1118 (1987).